# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

## MINUTES OF PROCEEDINGS

NEWARK                                                                           DATE: August 2, 2018

JUDGE: Susan D. Wigenton

COURT REPORTER:  Joanne Sekella

DEPUTY CLERK: Carmen D. Soto

Title of Case:                                                                   Docket # 15-8017

DEXCEL PHARMA TECHNOLOGIES LTD, ET AL. v. SUN PHARMA GLOBAL FZE, ET AL.

**Appearances:**
Sarah Sullivan, Esq. for Pltf (Dexcel Pharma)
Nick Cerrito Esq. for Pltf (Dexcel Pharma)
Jessica Tyrus, Esq. for Pltf (Dexcel Pharma)
Caryn Bora-Breen, Esq. for Pltf (Dexcel Pharma)
Robert F. Green, Esq. for Pltf (Dexcel Pharma)
Catherine Mattes, Esq. for Pltf (Dexcel Pharma)
Brian J. Forsatz, Esq. for Pltf (Dexcel Pharma)
Eric Stops, Esq. for Pltf (Dexcel Pharma)
Alan H. Pollack, Esq. for Deft (Dr. Reddy's Labs)
Constance Huttner, Esq. for Deft (Dr. Reddy's Labs)
Caroline Sun, Esq. for Deft (Dr. Reddy's Labs)
Anundita Vyakasnam, Esq. for Deft (Dr. Reddy's Labs)
Beth Finkelstein, Esq. for Deft (Dr. Reddy's Labs)
Stephen P. Benson, Esq. for Deft (Sun Pharma)
Brian J. Sodikoff, Esq. for Deft (Sun Pharma)
Kimberly A. Beis, Esq. for Deft (Sun Pharma)
Rebecca Kinburn, Esq. for Deft (Sun Pharma)
Gregory D. Miller, Esq. for Deft (Sun Pharma)
Gene Y. Kang, Esq. for Deft (Sun Pharma)

Nature of Proceeding:        **BENCH TRIAL**

At call for continuation of bench trial.
Parties reached a settlement.
Parties to submit Consent Judgment.

Time Commenced    11:15 a.m.
Time Adjourned    11:30  p.m.
Total Time            15 mins.